# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-2716
Lower Tribunal No. 2022-CA-002636-O

_____

ROBERT ARNAZ RACKARD,

Appellant,

v.

NATIONSTAR MORTGAGE, LLC d/b/a MR. COOPER and JOHNATHAN MEISELS,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
Vincent Falcone, III, Judge.

May 3, 2024

PER CURIAM.

Due to Appellant Robert Arnaz Rackard's apparent abuse of the legal process by his repetitive and frivolous pro se filings contesting the foreclosure judgment entered against him in Orange County Circuit Court Case No. 2022-CA-002636-O, this Court issued an order directing Appellant to show cause why he should not be prohibited from future pro se filings. *See State v. Spencer*, 751 So. 2d 47, 48 (Fla. 1999). Appellant filed a response, which we have reviewed. Finding Appellant has failed to show cause why sanctions should not be imposed, we conclude that

Appellant is abusing the judicial process and should be barred from further pro se filings.

To conserve judicial resources, Appellant is prohibited from filing with this Court any further pro se filings concerning Orange County Circuit Court Case No. 2022-CA-002636-O. The Clerk of this Court is directed not to accept any further pro se filings concerning the referenced case. The Clerk will summarily reject any future filings regarding the referenced case unless filed by a member in good standing of The Florida Bar.

FUTURE PRO SE FILINGS PROHIBITED.

TRAVER, C.J., and WOZNIAK and BROWNLEE, JJ., concur.

Robert Arnaz Rackard, Orlando, pro se.

Dorrella L. Gallaway, of Troutman Pepper Hamilton Sanders, LLP, Atlanta, Georgia, for Appellee, Nationstar Mortgage, LLC d/b/a Mr. Cooper.

No Appearance for Appellee, Johnathan Meisels.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED